COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re iWORKS Personnel, Inc., Luis Trevino, and Haydee Gutierrez

Appellate case number:   01-15-00235-CV

Trial court case number: 2012-61407

Trial court:             113th District Court of Harris County

The Court **REQUESTS** a response to the petition for writ of mandamus from Real Parties in Interest, Mose Guillory and Mary Guillory.  The response, if any, is due within 20 days of the date of this order.

It is so ORDERED.


Judge's signature: ___/s/ Harvey Brown
                    X  Acting individually


Date:  March 17, 2015